JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEEREDDI ENTERPRISES, LLC,<br>        Plaintiff,<br>v.<br>VENKATA SUBASH BANDA AND LODESTAR HOLDINGS LLC.,<br>        Defendants. | Case No. 2:22-cv-01614-SSS-MRWx<br><br>**FINAL JUDGMENT GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS.** |

# JUDGMENT

Pursuant to the orders granting Plaintiff's motion for summary judgment and motion for attorney's fees and costs, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered against Defendants Venkata Subash Banda and Lodestar Holdings, LLC;
2. Plaintiff is awarded $500,000 in unpaid principal;
3. Plaintiffs are awarded $74,115.25 in interest accumulated on the unpaid loan;
4. Plaintiff is awarded $120,632.72 in reasonable attorney's fees;
5. Plaintiff is awarded $3,432.20 in litigation costs in addition to the fee award; *and*
6. Interest on this award shall accrue at a rate of 5.2%.

**IT IS SO ORDERED.**

Dated: December 15, 2023

SUNSHINE S. SYKES
United States District Judge